474 A.2d 649

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal
Denied July 10, 1984.

Submitted March 23, 1983. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and CIRILLO and HOFFMAN, JJ.

Order vacated and case remanded for an evidentiary hearing. Jurisdiction relinquished.